**Exhibit 1**

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD A. BAUMGART CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF YAZMIN TORRES-DUQUM : : : | |
| Plaintiff : : | CASE NO. 1:20-cv-00998-DAP |
| v. : : | JUDGE DAN AARON POLSTER |
| UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER : : : : | |
| Defendant. : | |

## DECLARATION OF CHRISTINE MIDDLETON

I, Christine Middleton, being duly cautioned and sworn, hereby declare as follows:

1. I am a former employee of Defendant University Hospitals Cleveland Medical Center ("UH" or "University Hospitals"). I was employed by UH as a recruiter for the pharmacy and rehabilitation departments from 2015 until April of 2022.

2. Initially, due to UH's size, many locations, many practice areas, many available positions, and many employees, UH followed a standard posting procedure throughout my employment with UH. Open positions were first posted internally and then, after a set period of time, external applicants had the opportunity to apply for the position.

3. The posting procedure was applicable to all UH employees. The only preference provided in the posting procedure was that internal applicants had the opportunity to review and apply for positions prior to external applicants. However, internal applicants were not given preferential treatment in the ultimate hiring decision. Rather, the successful applicant for the position was determined the most qualified applicant by the Hiring Manager.

4. Finally, all applicants were selected based on their qualifications for the available position. UH did not discriminate on any basis protected by local, state and/or federal law.

5. As to disabled employees, I worked with applicants who informed me of work restrictions to locate positions that met their qualifications and work restrictions. Reasonable accommodations were reviewed as part of the disability review process. However, employees who were disabled or who had work restrictions, had to go through the same job posting procure dues as all other UH employees and applicants.

6. I am familiar with Yazmin Torres ("Torres").

7. I was a recruiter assigned to work with Torres in 2016. I am familiar with the applications submitted by Torres during that time and the hiring process involved with those applications. A true and correct copy of the applications submitted by Torres is attached hereto as Exhibit 1.

8. Torres was treated the same as all other applicants in 2016.

9. Torres was selected for the PRN position in UH St. John Medical Center. Torres was not selected for the other positions listed on Exhibit 1 in 2016 because Torres was not the most qualified applicant for the positions. In addition, Torres' patient background, work experience, patient desires, and interview skills impacted her viability for the positions she applied for in 2016. Finally, on at least one occasion, Torres was late for the interview, gave no advance notice of being late, and never provided the hiring manager with a reason for being late.

10. To my knowledge, hiring managers were not aware of any alleged disability, accommodation request or medical impairments relating to Torres. I did not relay any of this type of information to any of the hiring managers and none of the hiring manager.

11. The 2016 hiring decisions involving Torres were based on the qualifications of the applicants.

12. Torres never asked me to accommodate her by simply providing her with an available position at UH due to her alleged disability. However, UH does not provide this accommodation because such an accommodation would be very difficult to administer – UH has over thirty thousand employees and thousands of available positions. In addition, such a process would not serve UH's ultimate goal of selecting the most qualified applicant for the available positions in order to provide the best patient care.

13. I have worked in recruiting for many years at UH and I do not believe that it would be possible or optimal to simply grant employees positions of their choice due to their disability status.

14. Despite many discussions with Torres in 2016, she never informed me that she needed any work restrictions.

15. Torres was treated the same as all other applicants for all open positions, regardless of her alleged disability or accommodation request.

Pursuant to 28 U.S.C. § 1746, I have read the foregoing declaration and I affirm under the penalty of perjury under the laws of Ohio and the United States of America that the foregoing is true and accurate to the best of my knowledge, information, and belief.

*Christine Middleton*
Christine Middleton

12-15-22
Date

| Recruiter | Job Posting Number | Job Posting Name | Job Posting Status | Applicant Status | Date Created | Hiring Manager | Interviewed for the position? |
|---|---|---|---|---|---|---|---|
| Jennifer Hyslop | IRC124232 | Physical Therapist | Closed | Withdrew Interest | 4/15/2010 | | |
| Samantha Smith | 960268 | Physical Therapist - Eastern | Cancelled | Position Cancelled | 2/16/2016 | Amy Ondo | Yes- Recruiter Only |
| Shannon Wayne | 989436 | Clinical System Liaison | Filled | Other Candidate Selected | 2/16/2016 | Candace McGovern | No |
| Shannon Wayne | 989424 | Clinical System Liaison | Filled | Other Candidate Selected | 2/16/2016 | Candace McGovern | No |
| Christine Middleton | 995523 | Physical Therapist | Filled | T/D Interview - Viable | 2/16/2016 | Matthew Short | Yes - Both Recruiter & Manager |
| Christine Middleton | 959547 | Physical Therapist | Filled | Withdrew Interest | 3/30/2016 | Brian Adams | Yes - Manager Level |
| Christine Middleton | 996589 | Physical Therapist | Filled | Withdrew Interest | 6/20/2016 | Margaret Bourguignon | No |
| Kim Dyson | 1034124 | Coordinator - Occupational Health Services | Filled | Other Candidate Selected | 7/18/2016 | Jennifer Dillon-Engel | No |
| Pam Garcia | 1052032 | Physical Therapist PRN - Bedford | Cancelled | Withdrew Interest | 7/29/2016 | Brian Adams | No |
| Shannon Wayne | 1048727 | Clinical System Liaison (Cleveland Medical Center) | Filled | Other Candidate Selected | 8/7/2016 | Jessica Murphy | No |
| Christine Middleton | 1055963 | Physical Therapist | Filled | T/D Interview - Viable | 8/11/2016 | Deborah Pryor | Yes - Both Recruiter & Manager |
| Pam Garcia | 1035358 | Physical Therapist - CMC Home Health/Skilled | Filled | Other Candidate Selected | 10/5/2016 | Mary Boia | Yes - Recruiter |
| Christine Middleton | 840028 | Physical Therapist | Filled | Not Considered Data Management | 10/5/2016 | Dorothea Thompson | No |
| Jaime Falasco | 1081127 | PRN Physical Therapist | Filled | Hired | 10/31/2016 | Pam Lanter | Yes - Both Recruiter & Manager |
| Samantha Smith | 1079323 | Physical Therapist | Filled | Withdrew Interest | 11/12/2016 | Amy Ondo | No |
| Samantha Smith | 1076265 | Physical Therapist | Filled | Withdrew Interest | 11/29/2016 | Raymond Bilecky | No |
| Michelle Clark | 1088151 | Activation & Reinformcement Representative | Filled | Other Candidate Selected | 11/29/2016 | Sandra Touschner | No |
| Christine Middleton | 1091289 | Inpatient Rehab Liaison | Cancelled | Position Cancelled | 12/10/2016 | Joseph Blasiole | Yes - Both Recruiter & Manager |
| Samantha Smith | 1090790 | Discharge Coordinator | Filled | Does Not Meet Basic Requirements | 12/10/2016 | Cynthia Bender | No |
| Emely Montanez | 1088179 | Physical Therapist | Cancelled | Withdrew Interest | 12/24/2016 | Lisa Ockajik | No |
| Pamela Garcia | 1072980 | Physical Therapist Concord and YMCA-Geauga | Filled | TD Interview – Viable | 12/30/2016 | Dorothea Thompson | Yes - Recruiter |
| Jennifer Sauvageot | 1093910 | Patient Concierge-Twinsburg | Cancelled | Other Candidate Selected | 12/30/2016 | Deborah Salay | No |
| Pamela Garcia | 1093904 | Physical Therapist - Outpatient PMC | Filled | TD Interview – Viable | 1/2/2017 | Lenore Hof | Yes |
| Pamela Garcia | 1100763 | Physical Therapist - Elyria | Filled | Transferred to Another Position | 1/30/2017 | Thomas Lamotte | No |
| Meredith Martin | 1101055 | Community Liaison/Lead Athletic Trainer | Filled | Does Not Meet - Licensure | 2/2/2017 | Lisa Piazza | No |
| Kim Dyson | 1098690 | Development Officer, Rainbow Community Partners | Filled | Does Not Meet Basic Requirements | 2/2/2017 | Courtney Gonser | No |
| Samantha Smith | 1105762 | Program Coordinator | Filled | Other Candidate Selected | 2/11/2017 | Cynthia Bender | No |
| Samantha Smith | 1076263 | Physical Therapist | Filled | Transferred to Another Position | 2/13/2017 | Raymond Bilecky | No |
| Sarah Blystone | 1097468 | Patient Access Supervisor - evenings | Cancelled | Other Candidate Selected | 2/13/2017 | Jeannine Libava | No |
| Pamela Garcia | 1093357 | Physical Therapy Assistant PRN - Geauga | Filled | Does Not Meet Basic Requirements | 2/16/2017 | Dorothea Thompson | No |
| Pamela Garcia | 1103250 | PRN Physical Therapist BMC | Cancelled | Position Cancelled | 2/16/2017 | Teresa Podracky | No |
| Pamela Garcia | 1108537 | Physical Therapist Inpatient - CMC | Filled | Other Candidate Selected | 3/7/2017 | Joshua Ohliger | No |
| Pamela Garcia | 1105890 | PRN - Physical Therapist-Ahuja | Filled | Not Considered, Data Management | 3/11/2017 | Teresa Podracky | No |
| Pamela Garcia | 1111332 | Physical Therapist -Bedford | Filled | Other Candidate Selected | 3/11/2017 | Teresa Podracky | No |
| Pamela Garcia | 1109547 | Physical Therapist - Warrensville OP and Neuro Rehab campus | Filled | Other Candidate Selected | 3/24/2017 | Teresa Podracky | No |
| Julie Gjinplaku | 1115617 | Member Advocate - Hudson | Cancelled | Other Candidate Selected | 3/27/2017 | Julie Gjinplaku | No |
| Samantha Smith | 1107069 | Physical Therapist | Cancelled | Other Candidate Selected | 3/31/2017 | Julie Gjinplaku | No |
| Pamela Garcia | 1105536 | Physical Therapist -Geauga YMCA | Filled | Other Candidate Selected | 4/14/2017 | Dorothea Thompson | No |
| Pamela Garcia | 1115985 | Physical Therapy - PRN Conneaut | Cancelled | Position Cancelled | 4/19/2017 | Dorothea Thompson | No |
| Holtz, Barbara J | 170000M8 | FILLED Supervisor Rehab Services Ortho clinic FT | Filled | Other Candidate Selected | 7/17/2017 | Joseph Blasiole | No |
| Croone, Shea | 170020X | FILLED:Clinical Research Specialist I | Filled | Transferred to Another Position | 9/25/2017 | LaToya StrickInad | No |
| Croone, Shea | 170000NH | Clinical Research Data Specialist I - FILLED | Filled | Other Candidate Selected | 10/3/2017 | LaToya StrickInad | No |
| Middleton, Christine | 1700069S | Physical Therapist Outpatient Hudson | Open | Other Candidate Selected | 10/16/2017 | Deborah Pryor | No |
| Middleton, Christine | 1700006B1 | Physical Therapist Home Care Lake / Ashtabula / Geauga Co | Open | Does Not Meet - Homecare | 10/16/2017 | Amy Ondo | No |
| Middleton, Christine | 1700067L | Physical Therapist Cleveland Medical Center | Open | Other Candidate Selected | 10/23/2017 | Joshua Ohliger | No |
| Middleton, Christine | 1700079F | Physical Therapist Home Care Downtown Cleveland | Open | Does Not Meet - Homecare | 10/29/2017 | Amy Ondo | No |
| Wayne, Shannon L. | 170006VB | Clinical System Liaison | Cancelled | Other Candidate Selected | 11/8/2017 | Jessica Murphy | No |
| Exl, Lisa A | 1700081D | Filled - Home Care Liaison Assistant | Filled | Other Candidate Selected | 12/3/2017 | Margaret Mazur | No |
| Middleton, Christine | 1700087W | Physical Therapist Home Care Downtown Cleveland | Open | Does Not Meet - Homecare | 12/12/2017 | Amy Ondo | No |
| Sauvageot, Jennifer L. | 1700085V | Filled-Intake Triage Specialist-Peds Psychology | Filled | Other Candidate Selected | 12/12/2017 | Susan Woods | No |
| Middleton, Christine | 170008S4 | Physical Therapist Part Time Richmond Medical Center | Open | Hiring Manager Review | 12/21/2017 | Teresa Podracky | TBD |
| Sauvageot, Jennifer L. | 1700092U | Orthopedic Tech-OR | Open | Other Candidate Selected | 12/26/2017 | Daryl Clinkscales | No |
| Middleton, Christine | 17000641 | Physical Therapist Home Care - West | Open | New - Evaluated | 1/9/2018 | Raymond Bilecky | TBD |
| Garcia, Pamela | 180000HS | Physical Therapist Outpatient - Avon | Open | Left Message | 1/24/2018 | Thomas Lamotte | Trying to schedule phone interview |
| Middleton, Christine | 170008ZK | Physical Therapist Home Care Eastern Cuyahoga county / Geauga county | Open | New - Screening | 1/24/2018 | Amy Ondo | TBD |