# IN THE UNITED STATES DISTRICT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Sheldon Stein | : | CASE NO. 1:20-cv-00998 |
| Chapter 7 Trustee for the Bankruptcy | : | |
| Estate of Yazmin Torres-Duqum | : | |
| | : | JUDGE DAVID A. RUIZ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| University Hospitals Cleveland Medical | : | |
| Center | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

**(1) Identify by date and electronic filing number all pending motions, whether said motions are ripe, and whether any of the pending motions have been rendered moot by subsequent developments.**

The following motions are fully briefed and ripe for review:

1. Plaintiff's motion for partial summary judgment, December 16, 2022, Doc. #44;

2. Defendant's motion for summary judgment, December 19, 2022, Doc. #45; and

3. Defendant's motion to strike, March 2, 2023, Doc. #55.

None of the pending motions are moot.

**(2) The status of discovery, including any unresolved discovery disputes only if the dispute had previously been brought to the court's attention. Any potential new discovery disputes should not be brought to the court's attention until the procedures set forth in the Local Rules have been followed. The parties should not present argument about any pending or potential discovery disputes. If discovery has not commenced, a brief explanation should be furnished.**

Discovery in this matter is closed.

**(3) Whether the parties have engaged in or are interested in engaging in a settlement**

**and/or mediation conference either through the court's alternate dispute resolution (ADR) procedures or through a private mediator. The parties shall also advise whether any portion of their claim(s) have been settled or whether claims against any party or parties have been settled. If there has been a settlement in principle, the parties shall advise when the stipulated notice of dismissal was filed or when they intend to file a stipulated notice of dismissal.**

The parties have attended several settlement and/or mediation conferences but have not reached an agreement. Further efforts will likely be unproductive until summary judgment is resolved.

**(4) Identify the date and time of any upcoming conferences with the court set by the previous District Judge assigned to the matter.**

There are no upcoming conferences scheduled.

**(5) Any other matters that the parties agree should be brought to the court's attention. However, the Joint Status Report is not an appropriate vehicle to raise issues and arguments more properly addressed by way of a motion.**

N/A

Respectfully submitted,

| | |
|---|---|
| /s/ Cathleen M. Bolek | /s/ David A. Campbell |
| Cathleen M. Bolek (0059884) | David A. Campbell (0066494) |
| Matthew D. Besser (0078071) | Donald G. Slezak (0092422) |
| Bolek Besser Glesius, LLC | Lewis Brisbois Bisgaard & Smith, LLP |
| Monarch Centre Suite 302 | 1375 E. 9th Street, Suite 2250 |
| 5885 Landerbrook Drive, Suite 302 | Cleveland, Ohio 44114 |
| Cleveland, Ohio 44124 | Phone: (216) 344-9422 |
| Phone: (216) 464-3004 | Fax: (216) 344-9421 |
| Fax: (8666) 542-0743 | David.A.Campbell@lewisbrisbois.com |
| cbolek@bolekbesser.com | Donald.Slezak@lewisbrisbois.com |
| mbesser@bolekbesser.com | |
| | *Attorneys for Defendant* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January 2024, the foregoing was filed through the Court's CM/ECF electronic filing system. If a Party should not receive a copy through the Court's filing system, a copy of the forgoing will be sent via email upon Plaintiff's counsel of record.

*/s/ Cathleen M. Bolek*
Cathleen M. Bolek (0059884)
cbolek@bolekbesser.com

*Counsel for Plaintiff*